UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 6:23CR-60039-001 |
| | ) | |
| DEREK SCOTT FINKBEINER | ) | |

### GOVERNMENT'S UNOPPOSED MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE

The United States of America, by and through its counsel, United States Attorney David Clay Fowlkes and Bryan Achorn, Assistant United States Attorney, for its Unopposed Motion to Modify Order Setting Conditions of Release, submits the following:

1. On October 30, 2023, a Criminal Complaint and Affidavit in Support of Criminal Complaint was submitted to the Honorable Barry A. Bryant, United States Magistrate, Western District of Arkansas. (Doc. 11)[1].

2. The Criminal Complaint alleged a violation of Title 18, United States Code, Section 1512(c)(2), commonly referred to as Obstruction of Justice. A Federal Arrest Warrant was issued for the arrest of the Defendant on October 30, 2023.

3. The Defendant was arrested on or about November 2, 2023, and his initial appearance was set before the Honorable Mark E. Ford, Chief United States Magistrate Judge, Western District of Arkansas, for the following day on Friday, November 3, 2023.

4. On November 3, 2023, the parties appeared before Chief Magistrate Judge Ford, at which time the Federal Public Defender's Office was appointed to represent the Defendant. (Doc. 7, Text Order Only). After hearing arguments of counsel, Chief Magistrate Judge Ford denied the

---

[1] This matter was originally filed under case number 6:23MJ-06006. It has now been merged into the instant case upon the issuance of the Indictment.

1

government's request for a detention hearing and released the Defendant on conditions. (Doc. 5, Minute Entry Only). The conditions imposed by the Court are standard. (Doc. 13, Order Setting Conditions of Release).

5. The government filed its Notice of Appeal of Chief Magistrate Judge Ford's decision and Brief in Support on November 8, 2023. (Docs. 14 & 15).

6. On November 15, 2023, the Defendant was charged by way of Indictment with one (1) count of Obstruction of Justice, in violation of Title 18, United States Code, Section 1512(c)(2), one (1) count of Misprision of Title 21, United States Code, Section 841(a)(1) (Distribution of a Controlled Substance), in violation of Title 18, United States Code, Section 4, and one (1) count of Misprision of Title 21, United States Code, Sections 856(a)(1) and (b) (Maintaining a Drug-Involved Premises), in violation of Title 18, United States Code, Section 4.

7. The government filed a Supplemental Brief in Support of United States' Appeal of Magistrate Judge's Release Order on November 24, 2023. (Doc. 20). The Court granted the government's Appeal, finding that the government was entitled to a detention hearing pursuant to Title 18, United States Code, Section 3142(f). (Doc. 22).

8. The Defendant filed a Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty on December 1, 2023, and this matter has been set for trial by jury on January 22, 2024. (Docs. 23 & 25).

9. This matter is currently set for a detention hearing on Monday, December 18, 2023, at 10:00 a.m., before the Honorable Barry A. Bryant, Magistrate Judge, Western District of Arkansas. (Doc. 27, Text Only Order).

10. The government hereby incorporates its statements and arguments outlined within its initial Brief filed on November 8, 2023, and its Supplemental Brief filed on November 24, 2023. (Docs. 15 & 20).

11. As such, the government asserts that additional conditions relative to the Defendant's pre-trial release are necessary to reasonably assure "the safety of any other person and the community." 18 U.S.C. § 3142(f).

12. The government submits that the following additional conditions are necessary and should be imposed as and against the Defendant during any period(s) the Defendant is not otherwise detained pending disposition of the instant matter:

   a. The Defendant SHALL:

      i. relinquish all duties as Sheriff of Hot Spring County, Arkansas, except for execution of matters associated with payroll. This relinquishment of duties SHALL include the authority to terminate or otherwise change the employment status of any employee of the Hot Spring County, Arkansas, Sheriff's Department;

      ii. NOT have access to law enforcement records, to include ACIC / NCIC database information and law enforcement communications; and

      iii. NOT enter the premises of the Hot Spring County, Arkansas, Sheriff's Office.

13. In the event the Court finds these additional conditions appropriate and subsequently imposes same, then the necessity to conduct a detention hearing at this time would be rendered moot.

14. Further, Counsel for the Defendant has authorized the government to represent to this Court that the Defendant does not object to the implementation of the above outlined additional Conditions of Release.

## CONCLUSION

For the foregoing reasons, the United States prays that pursuant to Title 18, United States Code, Section 3142(f), the above additional pre-trial release conditions be found appropriate and subsequently implemented and imposed as and against the Defendant in this matter, and all other just and proper relief.

Respectfully submitted,

DAVID CLAY FOWLKES
United States Attorney

By: */s/ Bryan A. Achorn*
Bryan A. Achorn
Assistant United States Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, Arkansas 72901
Phone: 479-494-4080
E-mail: bryan.achorn@usdoj.gov

## CERTIFICATE OF SERVICE

I, Bryan A. Achorn, an Assistant United States Attorney for the Western District of Arkansas, hereby certify that on this 7th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Alex Wynn
Federal Public Defender's Office
Attorneys for the Defendant

*/s/ Bryan A. Achorn*
Bryan A. Achorn
Assistant U.S. Attorney